ORIGINAL

FILED IN OPEN COURT
U.S.D.C ATLANTA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

NOV 2 1 2011

JAMES N. HATTEN, CLERK
By: _____ Deputy Clerk

| UNITED STATES OF AMERICA | : | |
| --- | --- | --- |
| | : | CRIMINAL INDICTMENT |
| v. | : | |
| | : | NO. 1 11-CR-520 |
| CRAIG FRANKLIN | : | |
| PAUL BOYKINS | : | |
| ANTONIO BROWN | : | |

THE GRAND JURY CHARGES THAT:

### COUNT ONE

From on or about July 14, 2011, through on or about October 24, 2011, in the Northern District of Georgia, the defendants, CRAIG FRANKLIN and PAUL BOYKINS, did combine, conspire, confederate, agree, and have a tacit understanding with each other, to knowingly cause false representations to be made with respect to information required to be kept in the records of a federal firearms licensee, licensed under Chapter 44 of Title 18, United States Code, an offense against the United States in violation of Title 18, United States Code, Section 924(a)(1)(A).

### Overt Acts

In furtherance of the conspiracy and in order to accomplish the goals thereof, the defendants, CRAIG FRANKLIN and PAUL BOYKINS, committed and caused to be committed overt acts, including, but not limited to, at least one of the following:

1. On or about September 15, 2011, PAUL BOYKINS drove CRAIG FRANKLIN, to the Northside Loan Office, a federally licensed

firearms dealer. PAUL BOYKINS identified the firearms he wanted CRAIG FRANKLIN to purchase for him.

2. On or about September 15, 2011, CRAIG FRANKLIN purchased two (2) firearms from Northside Loan Office, a federally licensed firearms dealer, exited the store and entered a vehicle driven by PAUL BOYKINS. CRAIG FRANKLIN falsely stated on ATF form 4473 that he was the actual buyer of the firearms.

3. On or about September 15, 2011, PAUL BOYKINS drove CRAIG FRANKLIN, to the Arrowhead Pawn Shop, a federally licensed firearms dealer. PAUL BOYKINS told CRAIG FRANKLIN the firearms he wanted CRAIG FRANKLIN to purchase for him.

4. On or about September 15, 2011, CRAIG FRANKLIN purchased two (2) firearms from the Arrowhead Pawn Shop, a federally licensed firearms dealer, exited the store and entered a vehicle driven by PAUL BOYKINS. CRAIG FRANKLIN falsely stated on ATF form 4473 that he was the actual buyer of the firearms.

5. On or about October 4, 2011, PAUL BOYKINS drove CRAIG FRANKLIN, to the Northside Loan Office, a federally licensed firearms dealer. PAUL BOYKINS identified the firearms he wanted CRAIG FRANKLIN to purchase for him.

6. On or about October 4, 2011, CRAIG FRANKLIN purchased one (1) firearm from Northside Loan Office, a federally licensed firearms dealer, exited the store and entered a vehicle driven by PAUL BOYKINS. CRAIG FRANKLIN falsely stated on ATF form 4473 that

he was the actual buyer of the firearm.

7. On or about October 25, 2011, PAUL BOYKINS and ANTONIO BROWN were traveling in a vehicle that was stopped for a traffic violation by the Commerce Police Department in Commerce, Georgia.

8. On or about October 25, 2011, a police officer with the Commerce Police Department searched the vehicle driven by PAUL BOYKINS and discovered nine (9) firearms inside of the vehicle's trunk.

9. CRAIG FRANKLIN purchased the nine (9) firearms recovered from the trunk of the vehicle driven by PAUL BOYKINS.

10. Further, the offenses described in Counts TWO through TWENTY-SEVEN are hereby incorporated by reference and alleged as overt acts in furtherance of the conspiracy as if fully set forth herein.

All in violation of Title 18, United States Code, Section 371.

## COUNTS TWO THROUGH TWENTY-SEVEN

On or about the respective dates listed below, in the Northern District of Georgia, the defendants, CRAIG FRANKLIN and PAUL BOYKINS, aided and abetted by each other, did knowingly make false representations in writing with respect to information required by law to be kept in the records of a federal firearms licensee, listed below, in that the said defendant, CRAIG FRANKLIN, did cause to be falsely represented on Firearms Transaction Records, ATF Forms 4473, that CRAIG FRANKLIN was the actual buyer of the stated

firearms, listed below, when in fact, the true actual buyer of the firearms was not the said CRAIG FRANKLIN:

| COUNT | DATE | FIREARMS | LICENSEE |
|---|---|---|---|
| 2 | 7/14/2011 | Taurus, .45 caliber revolver, SN CX939962; and<br><br>Taurus, 9mm caliber pistol, SN TYA52814 | Range, Guns & Safes, LLC, Forest Park, GA |
| 3 | 7/26/2011 | Taurus, .45 caliber revolver, SN CX939958; and<br>Bersa, 9mm caliber pistol, SN B74758 | Range, Guns & Safes, LLC, Forest Park, GA |
| 4 | 7/26/2011 | Smith & Wesson, 9mm caliber pistol, SN DWF8820; and<br><br>Smith & Wesson, .40 caliber pistol, SN DWF7655 | Northside Loan Office, Inc., Atlanta, GA |
| 5 | 8/18/2011 | Glock, .45 caliber pistol, SN LWU949; and<br><br>Taurus, .45 caliber revolver, SN CX935792 | Arrowhead Pawn Shop, Inc., Jonesboro, GA |
| 6 | 8/23/2011 | CAI, 7.62x39 caliber pistol, SN 1968BG2285; and<br><br>FN Herstal, 5.7x28mm caliber pistol, SN 386219670 | Arrowhead Pawn Shop, Inc., Jonesboro, GA |
| 7 | 8/24/2011 | EAA, .357 caliber revolver, SN 1084770 | Arrowhead Pawn Shop, Inc., Jonesboro, GA |

| 8 | 9/1/2011 | SCCY, 9mm caliber pistol, SN 041757; Taurus, .45 caliber revolver, SN ER401375; and Glock, 9mm caliber pistol, SN RHN101 | Northside Loan Office, Inc., Atlanta, GA |
|---|---|---|---|
| 9 | 9/1/2011 | CAI, 7.62x39 caliber rifle, SN 1979IS2200; and Intratec, 9mm caliber pistol, SN E003913 | Arrowhead Pawn Shop, Inc., Jonesboro, GA |
| 10 | 9/2/2011 | Glock, .40 caliber pistol, SN ASU080US; and FN, 5.7x28mm caliber pistol, SN 386224030 | Arrowhead Pawn Shop, Inc., Jonesboro, GA |
| 11 | 9/2/2011 | Ruger, .40 caliber pistol, SN 343-06273; and Taurus, .45 caliber revolver, SN ER418665 | Guns and Gold Pawn, Riverdale, GA |
| 12 | 9/15/2011 | Glock, .40 caliber pistol, SN MAF928; and Smith & Wesson, .40 caliber pistol, SN DWM0402 | Northside Loan Office, Inc., Atlanta, GA |
| 13 | 9/15/2011 | Glock, .357 caliber pistol, SN RHX796; and Masterpiece Arms, 9mm caliber pistol, SN F12297 | Arrowhead Pawn Shop, Inc., Jonesboro, GA |

| | | | |
|---|---|---|---|
| 14 | 9/27/11 | Ruger, .45 caliber pistol, SN 663-07062; and<br><br>CAI, 7.62 caliber pistol, SN DC-4913-10 | Dixie Gun and Pawn, Mableton, GA |
| 15 | 9/29/11 | Smith & Wesson, .40 caliber pistol, SN DWK5082; and<br><br>Taurus, 9mm caliber pistol, SN TDP06270 | Bulls-Eye Indoor Range and Gun Shop, Lawrenceville, GA |
| 16 | 10/4/11 | Masterpiece Arms, 9mm caliber pistol, SN F7043 | Northside Loan Office, Inc., Atlanta, GA |
| 17 | 10/4/11 | Glock, .357 caliber pistol, SN KCS847; and<br><br>Glock, .45 caliber pistol, SN RHX492 | Dixie Gun and Pawn, Mableton, GA |
| 18 | 10/6/11 | Sig Sauer, 5.56 caliber pistol, SN TQ003309; and<br><br>Bersa, .45 caliber pistol, SN B59003 | GA Firing Line, Marietta, GA |
| 19 | 10/6/11 | Taurus, .45 caliber revolver, SN DM100675 | Bulls-Eye Indoor Range and Gun Shop, Lawrenceville, GA |
| 20 | 10/7/11 | Masterpiece Arms, 9mm caliber pistol, SN F12427; and<br><br>Century Arms, 7.62X39 caliber pistol, SN DC-7963-11 | Moss Pawn Shop, Jonesboro, GA |
| 21 | 10/11/11 | Smith & Wesson, .40 caliber pistol, SN DVH9871; and<br><br>Beretta, .40 caliber pistol, SN PY66001 | GA Firing Line, Marietta, GA |

| 22 | 10/11/11 | Ruger, 9mm pistol, SN 332-95659; and<br><br>Taurus, .40 caliber, SN SCM80318 | Dixie Gun and Pawn, Mableton, GA |
|----|----------|------------------------------------------------------------------------------|----------------------------------|
| 23 | 10/19/11 | Ruger, 9mm pistol, SN 332-70195; and<br><br>FN, 5.7mm caliber pistol, SN 386220877 | Moss Pawn Shop, Jonesboro, GA |
| 24 | 10/21/11 | Jimenez Arms, 9mm caliber pistol, SN 129990; and<br><br>Ruger, .40 caliber pistol, SN 343-12568 | Guns and Gold Pawn, Riverdale, GA |
| 25 | 10/21/11 | FN, 9mm caliber pistol, SN 61BMN06547; and<br><br>FN, .40 caliber pistol, SN 61CMN05638 | TGS Services, Inc., Buford, GA |
| 26 | 10/21/11 | Ruger, 9mm caliber pistol, SN 332-89968; and<br><br>Masterpiece Arms, 9mm caliber pistol, SN F12069 | Buford Gun and Ammo, Buford, GA |
| 27 | 10/24/11 | Taurus, .45 caliber revolver, SN CY971521 | Guns and Gold Pawn, Riverdale, GA |

All in violation of Title 18, United States Code, Sections 924(a)(1)(A) and 2.

COUNT TWENTY-EIGHT

On or about October 25, 2011, in the Northern District of Georgia, defendant, PAUL BOYKINS, having been convicted of the following felony offense:

7

Unlawful possession of a weapon-handgun, in or about 2006, in case number 06-06-1846, in New Jersey Superior Court, Essex County;

the aforesaid convictions being for a crime punishable by imprisonment for a term exceeding one year, did knowingly possess firearms, in and affecting interstate commerce, to-wit: a FN Herstal, 5.7mm x 28mm caliber handgun, bearing serial number 386220877; a FN, .40 caliber handgun, bearing serial number 61CMN05638; a FN, 9mm caliber handgun, bearing serial number 61BMN06547; a Taurus, .45 caliber pistol, bearing serial number CY971521; a Jiminez Arms, 9mm caliber pistol, bearing serial number 129990; a Ruger, 9mm caliber pistol, bearing serial number 332-89968; a Ruger, 9mm caliber pistol, bearing serial number 332-70195; and a Ruger, 9mm caliber pistol, bearing serial number 343-12568, in violation of Title 18, United States Code, Section 922(g).

## COUNT TWENTY-NINE

On or about October 25, 2011, in the Northern District of Georgia, defendant, ANTONIO BROWN, having been convicted of the following felony offenses:

(1) Aggravated Assault, in or about 2006, in Case Number 05SC32347, in the Superior Court of Fulton County, Georgia;

(2) Robbery, in or about 2006, in Case Number

05SC7801, in the Superior Court of Fulton County, Georgia; and

(3) Possession of a firearm by a convicted felon, in or about 2007, in Case Number 07SC52865, in the Superior Court of Fulton County, Georgia;

all of the aforesaid convictions being for crimes punishable by imprisonment for a term exceeding one year, did knowingly possess firearms, in and affecting interstate commerce, to-wit: a FN Herstal, 5.7mm x 28mm caliber handgun, bearing serial number 386220877; a FN, .40 caliber handgun, bearing serial number 61CMN05638; a FN, 9mm caliber handgun, bearing serial number 61BMN06547; a Taurus, .45 caliber pistol, bearing serial number CY971521; a Jiminez Arms, 9mm caliber pistol, bearing serial number 129990; a Ruger, 9mm caliber pistol, bearing serial number 332-89968; a Ruger, 9mm caliber pistol, bearing serial number 332-70195; and a Ruger, 9mm caliber pistol, bearing serial number 343-12568, in violation of Title 18, United States Code, Section 922(g).

## COUNT THIRTY

On or about August 18, 2011, in the Northern District of Georgia, the defendant, PAUL BOYKINS, having been convicted of the following felony offense:

Unlawful possession of a weapon-handgun, in or about 2006, in case number 06-06-1846, in New Jersey Superior

Court, Essex County;

the aforesaid conviction being for a crime punishable by imprisonment for a term exceeding one year, did knowingly possess ammunition, in and affecting interstate commerce, to-wit: Cascade Cartridges, Inc., .22 caliber ammunition, in violation of Title 18, United States Code, Section 922(g).

## FORFEITURE PROVISION

As the result of committing the offenses in violation of 18 U.S.C. §§ 922(g) and 924(a)(1)(A), alleged in this Indictment, the Defendants shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461, all firearms and ammunition involved in the commission of the offenses, including but not limited to the following:

a.  the firearms listed in the indictment; and

b.  and all firearms and ammunition seized from PAUL BOYKINS and ANTONIO BROWN on October 25, 2011.

A _____TRUE_____ BILL

_____
FOREPERSON

SALLY QUILLIAN YATES
UNITED STATES ATTORNEY

_____
JEFFREY A. BROWN
ASSISTANT UNITED STATES ATTORNEY
75 Spring Street, S.W.
Atlanta, GA 30303
404/581-6040
404/581-6181 facsimile
Georgia Bar No. 088131